**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

SunTrust Mortgage, Inc., Respondent,

v.

Mark Ostendorff, Appellant

Appellate Case No. 2015-000198

Appeal From York County
S. Jackson Kimball, III, Master-in-Equity

Unpublished Opinion No. 2017-UP-234
Submitted March 1, 2017 – Filed May 31, 2017

**APPEAL DISMISSED**

Mark Ostendorff, of Central, pro se.

Brian Steed Tatum, of Tatum Law firm, PLLC, of Charlotte, North Carolina, for Respondent.

**PER CURIAM:** We dismiss this appeal pursuant to Rule 220(b), SCACR, and *Shields v. Martin Marietta Corp.*, 303 S.C. 469, 470, 402 S.E.2d 482, 483 (1991) (holding an order restoring a case to the active docket is not directly appealable).

**AFFIRMED.**[1]

**LOCKEMY, C.J., and HUFF and THOMAS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.